UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

EVAN PETROS, Individually,

       Plaintiff,

v.                                  Case No. 1:16-cv-212

BENTON SQUARE LLC.
A Domestic Limited Liability Company

       Defendant.
_____/

**FINAL ORDER**

THIS CAUSE came before the Court on the Joint Stipulation of Dismissal, and the Court having reviewed the pleadings and papers submitted to it and being otherwise fully advised in the premises, it is hereby ORDERED and ADJUDGED that:

1) The above-styled cause be and the same is hereby DISMISSED with prejudice;

2) The parties bear their own respective attorneys' fees and costs; and

3) To the extent not otherwise disposed herein, all pending motions are hereby denied or moot and the case is closed.

DONE and ORDERED, this  6th  day of _____June_____ 2016.

                                                      /s/ Robert J. Jonker
                                                    Hon. Robert J. Jonker